## Frank J. Ziemann, Plaintiff in Error, v. Bernard Sychowski, Defendant in Error.

### Gen. No. 23,038.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LABUY, Judge, presiding. Heard in this court at the March term, 1917. Reversed and judgment here for $130.15. Opinion filed July 2, 1917.

### Statement of the Case.

Action by Frank J. Ziemann, plaintiff, against Bernard Sychowski, defendant, to enforce payment of certain instalments on a promissory note. To reverse a judgment of *nil capiat,* plaintiff prosecutes this writ of error.

EDWARD E. SHINNICK, for plaintiff in error.

WINSTON, PAYNE, STRAWN & SHAW, for defendant in error; RUPERT D. DONOVAN and LESLIE M. O'CONNOR, of counsel.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 443*—*when evidence insufficient to sustain finding of failure of consideration.* In an action to enforce the payment of instalments on a promissory note, evidence examined and *held* to show a finding and judgment for defendant, on the ground of failure of consideration, to be contrary to the probative force of the evidence.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.